In the Matter of the Transfer Tax upon the Estate of
WILLIAM R. BEAL, Deceased.

THADDEUS R. BEAL, as Administrator, Appellant; THE
COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Beal*, 167 App. Div. 916, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered

February 19, 1915, which affirmed an order of the Orange County Surrogate's Court assessing a transfer tax upon the estate of William R. Beal, deceased. The appraiser's report included as a part of the decedent's estate and, therefore, subject to taxation, certain property consisting of stocks and bonds mentioned in a deed of trust executed by the decedent shortly prior to his death. The question presented is whether such property was properly included as a part of the decedent's estate. It was so included upon the following grounds: 1. That the deed of trust was not completely executed or delivered in the lifetime of the decedent. 2. That it was never accepted by the Knickerbocker Trust Company, the trustee named therein; and 3. That it did not constitute an absolute grant of the decedent's property but was a transfer made in contemplation of death and to take effect at death.

*Chester A. Jayne, George J. Thomson* and *Mason H. Bigelow* for appellant.

*H. W. Chadeayne* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.